IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **RODERICK WASHINGTON,** | ) | 1:05-CV-01507-AWI WMW HC |
| Petitioner, | ) ) | **ORDER DENYING MOTION TO REOPEN CASE OR** |
| vs. | ) ) | **VACATE JUDGMENT** |
| **J. WOODWARD, Warden,** | ) ) | [Doc. 9] |
| Respondent. | ) ) | |

    Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 . The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On April 20, 2006, the Magistrate Judge filed findings and recommendations herein, recommending that this case be dismissed for Petitioner's failure to comply with a court order. No objections were filed. On March 13, 2007, the District Court entered an order adopting the findings and recommendations and entering judgment for Respondent. The Clerk of the Court closed this case on the same date.

On September 7, 2007, Petitioner filed a motion to reopen this case or vacate judgment. Accompanying the motion is an application to proceed in forma pauperis. The Court has repeatedly addressed the grounds for Petitioner's motion in other cases. See e.g., Washington v. Woodford, 1:05-CV-1487 OWW LJO HC; Washington v. Scribner, 1:05-CV-1536 OWW LJO HC;   Washington v. Woodford, et al., 1:05-CV-1608 OWW TAG HC; Washington v. Scribner, 1:05-CV-1547 AWI DLB HC; Washington v. Scribner, 1:05-CV-1535 OWW TAG HC; Washington v. Woodford, 1:06-CV-001 OWW TAG HC; Washington v. Woodford, 1:05-CV-1506 AWI DLB HC; Washington v. Woodford, 1:05-CV-1490 REC WMW HC; Washington v. Scribner, 1:05-CV-1488 AWI TAG HC; Washington v. Woodford, 1:05-CV-1477 REC DLB HC. Petitioner's allegations in this case repeat those made in his other cases. He claims that prison officials have obstructed his attempts to pay his filing fee. However, Petitioner's complaints of obstruction and malfeasance by the prison trust account office are completely unsubstantiated and unfounded, because he has failed to provide any specifics on his attempts to comply, despite having had repeated opportunities to do so.   Further, according to Court records, it was Petitioner who obstructed the progress of this and other cases by refusing to accept mail from the Court. See Washington v. Woodford, 1:05-CV-1626 OWW DLB HC; Washington v. Woodford, 1:06-CV-0316 AWI SMS HC; Washington v. Woodford, et al., 1:05-CV-1507 AWI WMW HC; Washington v. Woodford, 1:05-CV-1506 AWI DLB HC; Washington v. Woodford, et al, 1:05-CV-1505 OWW WMW HC. Further, Petitioner's claims are belied by the fact that he paid the filing fees in several other cases when ordered to do so. See Washington v. Scribner, 1:05-CV-1537 REC TAG HC; Washington v. Scribner, 1:05-CV-1612 AWI WMW HC; Washington v. Alameida, 1:05-CV-1510 AWI WMW HC; Washington v. Scribner, 1:05-CV-1509 OWW WMW HC; Washington v. Scrinber, 1:05-CV-1508 AWI TAG HC; Washington v. Scrinber, 1:05-CV-1491 AWI DLB HC; Washington v. Scribner, 1:05-CV-1486 AWI TAG HC; Washington v. Scribner, 1:05-CV-1484 OWW WMW HC. Finally,

Petitioner's applications to proceed in forma pauperis have all been denied because it was determined that he could afford the cost of the actions.

Based on the foregoing, IT IS HEREBY ORDERED that Petitioner's motion to reopen this case or vacate judgment is DENIED.

IT IS SO ORDERED.

**Dated:   January 3, 2008**                    /s/ Anthony W. Ishii
                                                                       UNITED STATES DISTRICT JUDGE

3